Joseph F. Postnikoff
State Bar No. 16168320
Amanda B. Hernandez
State Bar No. 24069911
GOODRICH POSTNIKOFF &
ASSOCIATES, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Telephone: 817.347.5261
Telecopy: 817.335.9411
jpostnikoff@gpalaw.com
ahernandez@gpalaw.com

COUNSEL FOR DEBTORS IN POSSESSSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 13-41053-DML-11 |
| | § | |
| WALLIS JAMES WINEGAR AND | § | |
| JANE LARSON WINEGAR    d/b/a | § | In Proceedings Under Chapter 11 |
| WINEGAR ENTERPRISES, | § | |
| | § | |
| Debtors. | § | |

**MOTION FOR APPROVAL OF EMPLOYMENT OF FINANCIAL CONSULTANT FOR THE DEBTORS IN POSSESSION**

**IMPORTANT NOTICE**

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 WEST TENTH STREET, FORT WORTH, TEXAS 76102 ON OR BEFORE SEPTEMBER 7, 2013 WHICH IS AT LEAST TWENTY-FOUR (24) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY OBJECTION MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE SET FORTH HEREIN. IF AN OBJECTION IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH OBJECTION OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

| | |
|---|---|
| Name of Client: | Wallis James Winegar and Jane Larson Winegar d/b/a Winegar Enterprises |
| Identity of Professional: | Safe Harbor Associates, LLC<br>452 Horse Thief Lane<br>Durango, CO 81301<br>Telephone: 817.821.7355 |
| Nature of Profession: | Financial Consultants |
| Conflicts: | None, except as further disclosed. |
| Retainer: | $7,500.00 |
| Proposed Compensation: | Based on hourly rates as follows:<br>Managing Director  $225.00 per hour. |

TO THE HONORABLE D. MICHAEL LYNN, UNITED STATES BANKRUPTCY JUDGE:

COME NOW Wallis James Winegar and Jane Larson Winegar ("Winegars" or "Debtors") and file this Motion for Approval of Employment of Financial Consultant for the Debtors in Possession (this "Motion") and in support thereof would respectfully show to the Court as follows:

1. Debtors filed a Voluntary Petition for relief under chapter 11 of the United States Bankruptcy Code on March 4, 2013. The Debtors have continued to operate as debtors in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2. This Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. § 1334. The matter is core pursuant to 28 U.S.C. § 157(b)(2)(A). Matters concerning employment of professionals are governed by 11 U.S.C. § 327.

3. In connection with the bankruptcy proceeding, Winegars seek to engage the services of a qualified financial consultant to assist in effecting a successful reorganization. In this regard, Winegars have entered into an engagement agreement dated August 1, 2013 with Safe Harbor Associates, LLC ("Safe Harbor") to perform the requisite services. A true and accurate copy of the engagement agreement is attached hereto and incorporated herein as Exhibit "A".

4. Debtors believe that Safe Harbor is well qualified to provide the financial consulting services which are the subject of this Motion. Safe Harbor maintains its offices at 452 Horse Thief Lane,

Durango, CO 81301.

5. In connection with the subject chapter 11 bankruptcy case, Safe Harbor has agreed to provide services, including

- Assist Winegars in the development and validation of their business plan, financial projections, liquidation analysis, and cash flow budgets and associated cash management, disbursement, and reporting processes;

- Assist Winegars in their reporting of performance pursuant to applicable debtor-in-possession financing, cash collateral, or other orders entered by the Court;

- Assist Winegars in their contacts and communications with creditors and other parties at interest with respect to the Debtors' financial, operational, and reorganization matters;

- Assist Winegars in the preparation of their Plan of Reorganization, Disclosure Statement and associated financial projections;

- Perform such other services in connection with the reorganization of the Debtors and the preparation of the Debtors' proposed Plan of Reorganization as may be reasonably necessary to advance the Debtors' reorganization efforts under Chapter 11 and the preparation, confirmation and consummation of its Plan of Reorganization;

6. The source of compensation for professional services to be rendered on behalf of Debtors shall be the Debtors' chapter 11 bankruptcy estate. Safe Harbor proposes to charge for services on an hourly basis at the rate of $225.00 per hour for financial consulting services of the Managing Director.

7. In addition to compensation for professional services rendered, Safe Harbor shall seek reimbursement for reasonable and necessary expenses incurred in connection with these proceedings, including, but not limited to transportation, lodging, telephone, messenger services, postage and copying.

8. Safe Harbor understands that compensation for services rendered to Debtors will be subject to allowance by this Court pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules and orders of this Court and intends to apply for compensation for professional services rendered in connection with this case and for reimbursement of actual and necessary expenses incurred in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules and order of this Court.

9. Except as disclosed herein, Safe Harbor is disinterested and has no connections with Debtors, creditors of the Debtors or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, that would conflict with the services provided or to be provided to Debtors. Safe Harbor has never served as an examiner to the estate. Furthermore, Debtors believe that the employment of such firm would be in the best interest of the Debtors. Attached hereto as Exhibit "B" is the Affidavit of Anthony F. Wolf concerning the qualifications and disinterestedness of his firm.

**WHEREFORE, PREMISES CONSIDERED,** Wallis James Winegar and Jane Larson Winegar, Debtors herein, respectfully pray for an Order of this Court approving the employment of Safe Harbor as the financial consultant as of August 1, 2013 and for such other relief, at law or in equity, to which they may be shown justly entitled.

DATED this 13th day of August, 2013.

Respectfully submitted,

GOODRICH POSTNIKOFF &
ASSOCIATES, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102
Telephone – 817.347.5261
Facsimile – 817.335.9411

By: /s/ Joseph F. Postnikoff
    Joseph F. Postnikoff
    State Bar No. 16168320
    jpostnikoff@gpalaw.com
    Amanda B. Hernandez
    State Bar No. 24069911
    ahernandez@gpalaw.com

COUNSEL FOR DEBTORS IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of August, 2013, a copy of the foregoing Motion was served via ECF on the parties registered with the Court to receive ECF, via first class mail on the parties listed on the attached service list and on the following in the manner indicated:

Meredyth A. Kippes
Office of the United States Trustee
meredyth.a.kippes@ujdoj.gov

Tom Misteli
Barrett Daffin Frappier
Turner & Engel, LLP
txhad@bdfgroup.com

D. Wade Carvell, Esq.
Hodge & Gameros, L.L.P.
WCarvell@LegalTexas.com

Charles W. Gameros, Jr.
Hodge & Gameros, L.L.P.
BGameros@LegalTexas.com

Thomas G. Farrier
Murphy Mahon Keffler &
Farrier, L.L.P.
tfarrier@murphymahon.com

J. Robert Forshey
Forshey & Prostok, L.L.P.
bforshey@forsheyprostok.com

Clarke Rogers
Forshey & Prostok, L.L.P.
crogers@forsheyprostok.com

Steve Turner
Barrett Daffin Frappier
Turner & Engel, LLP
ndecf@bdfgroup.com

Lee Gordon
McCreary, Veselka, Bragg & Allen, P.C.
lgordon@mvbalaw.com

Lisa Cockrell
Codilis & Stawiarski, P.C.
lisa.cockrell@tx.cslegal.com

Donna Webb
Assistant United States Attorney
donna.webb@usdoj.gov

Jack M. Kuykendall
Law Offices of Jack M. Kuykendall
jmkesq@integrity.com

Anthony F. Wolf
Safe Harbor Associates, LLC
anthonyfwolf@me.com


                                        /s/ Joseph F. Postnikoff
                                        Joseph F. Postnikoff

United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

Wallis and Jane Winegar d/b/a
Winegar Enterprises
3952 PR 2718
Aubrey, Texas 76227

21st Mortgage
PO Box 477
Knoxville, TN 37901

American Express
PO Box 650448
Dallas, Texas 75265

American Express
PO Box 0001
Los Angeles, CA 90096-8000

Attorney General
Main Justice Building, Room 511
10th & Constitution Ave., N.W.
Washington, DC 20530

Bank of America
PO Box 15019
Wilmington, DE 19850-5019

Bolivar Water Supply Corp.
PO Box 1789
Sanger, Texas 76266

California Franchise Tax Board
PO Box 942840
Sacramento, CA 94240

Leo Carey
Internal Revenue Service
1100 Commerce Street
M/S 5026 DAL
Dallas, Texas 75242

Cardmember Services (Chase Visa)
PO Box 94014
Palantine, IL 60094

Douglas Wade Carvell, P.C.
4514 Cole Avenue, Suite 1500
Dallas, Texas 75205

Lisa Cockrell
Codilis & Stawiarski, P.C.
650 N. Sam Houston Pkwy, East
Suite 450
Houston, Texas 77060

Compass Bank
c/o Terry Webster
8333 Douglas Avenue, Suite 700
Dallas, Texas 75225

Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
PO Box 13528
Austin, Texas 78711

CoServ
PO Box 650785
Dallas, Texas 75265-0785

CoServ
7701 Stemmons Freeway
Corinth, Texas 76210

Denton County Tax Assessor
1505 E. McKinney
Denton, Texas 76209

Discover
PO Box 29033
Phoenix, Arizona 85038-9033

Thomas G. Farrier
Murphy Mahon Keffler & Farrier, L.L.P.
505 Pecan Street, Suite 101
Fort Worth, Texas 76102

Fidelity Bank
100 E. English
Wichita, KS 67202

First Source Advantage, LLC
(collecting for Bank of America)
PO Box 628
Buffalo, NY 14240-0628

Robert Forshey
Forshey & Prostok, LLP
777 Main Street, Suite 1290
Fort Worth, Texas 76102

Gabe Hutchins Performance Horses
3952 PR 2718
Aubrey, Texas 76227

Charles W. Gameros, Jr., P.C.
4514 Cole Avenue, Suite 1500
Dallas, Texas 75205

Lee Gordon
McCreary, Veselka, Bragg & Allen
PO Box 1269
Round Rock, TX 78680

Lee Goss
807 Fremont Avenue
Pasadena, CA 91030

Hodge & Gameros, LLP
4514 Cole Avenue, Suite 1500
Dallas, Texas 75205

Internal Revenue Service
Austin, Texas

Internal Revenue Service
Special Procedures-Insolvency
Post Office Box 7346
Philadelphia, PA 19114

Jack M. Kuykendall
Law Offices of Jack M. Kuykendall
5001 Spring Valley Road, Suite 400E
Dallas, Texas 75244

Kevin Moore
301 East Colorado Blvd., Suite 600
Pasadena, CA 91101-1918

Questar Gas
PO Box 45841
Salt Lake City, UT 84139-0001

Clarke Rogers
Forshey & Prostok, LLP
777 Main Street, Suite 1290
Fort Worth, Texas 76102

Steve Turner
Barrett Daffin Frappier Turner & Engel, LLP
15000 Surveryor Blvd., Suite 100
Addison, Texas 75001

United States Attorney's Office
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242

Donna Webb
Assistant United States Attorney
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

MRS Associates
1930 Olney Avenue
Cherry Hill, NJ 08003

NCO Financial Systems
PO Box 17080
Wilmington, DE 19850-7080

Principal Financial Group
711 High Street
Des Moines, IA 50392

Southern Equine Associates
PO Box 190
Aubrey, Texas 76227

Texas Attorney General's Office
Bankruptcy-Collections Division
Post Office Box 12548
Austin, Texas 78711-2548

Utah State Tax Commission
210 N. 1950 W.
Salt Lake City, UT 84134-0700

Anthony F. Wolf
Safe Harbor Associates, LLC
452 Horse Thief Lane
Durango, CO 81301

Tom Misteli
Barrett Daffin Frappier Turner & Engel, LLP
15000 Surveryor Blvd., Suite 100
Addison, Texas 75001

Nordstrom Bank
PO Box 79134
Phoenix, Arizona 85062-9134

Rocky Mountain Power
1033 NE 6th Avenue
Portland, Oregon 97256-0001

Tom McCutcheon Reining Horses
4982 Warschun Road
Aubrey, Texas 76227

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, Texas 78778

Wells Fargo Bank, NA
MAC # T7416-023
4101 Wiseman Blvd.
San Antonio, Texas 78251